**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TIME INSURANCE COMPANY** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil Action No. 1:08cv16HSO-JMR** |
| | § | |
| **PATSY WHITE and THE ESTATE OF** | § | |
| **LARRYE J. WHITE** | § | **DEFENDANTS** |
| | | |
| **PATSY WHITE and THE ESTATE OF** | § | **COUNTER PLAINTIFFS** |
| **LARRYE J. WHITE** | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:08cv16HSO-JMR** |
| | § | |
| **TIME INSURANCE COMPANY** | § | **COUNTER DEFENDANT** |

**<u>FINAL JUDGMENT</u>**

This matter came on to be heard on the Motion for Summary Judgment of Plaintiff/Counter-Defendant Time Insurance Company. The Court, after a full review and consideration of the parties' submissions, the relevant pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Plaintiff/Counter-Defendant pursuant to FED. R. CIV. P. 56, that Defendants/Counter-Plaintiffs Patsy White and the Estate of Larrye J. White's counterclaims are dismissed with prejudice, and that a declaratory judgment is rendered in favor of Plaintiff/Counter-Defendant Time Insurance Company as prayed for in Paragraph 18 of Time's Amended Complaint for Declaratory Judgment [108].

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this Civil Action is hereby dismissed with prejudice. All remaining pending Motions are hereby denied as moot.

**SO ORDERED AND ADJUDGED**, this the 17th day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE